UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TONY DOIRELLE LEWIS,

        Plaintiff,                        Case No.  2:15-CV-202

v.                                            HON. GORDON J. QUIST

ROBERT AXLEY, et al.,

        Defendants.
                                     /

**ORDER**
**APPROVING REPORT AND RECOMMENDATION**

        The Court has reviewed Magistrate Judge Timothy Greeley's October 24, 2016 Report and Recommendation recommending that Plaintiff's motion for a temporary restraining order and a preliminary injunction be denied.  The Report and Recommendation was duly served on the parties on October 24,  2016.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1).

        **THEREFORE, IT IS ORDERED** that the October 24, 2015 Report and Recommendation (ECF No. 32) is approved and adopted as the opinion of the Court.

        **IT IS FURTHER ORDERED** that Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 23) is **DENIED**.


Dated:  November 10, 2016                                /s/ Gordon J. Quist
                                                          GORDON J. QUIST
                                                  UNITED STATES DISTRICT JUDGE