UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TONY DOIRELLE LEWIS,

       Plaintiff,

Case No.  2:15-CV-202

v.

HON. GORDON J. QUIST

UNKNOWN AXLEY, et al.,

       Defendants.

                              /

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Greeley's January 20, 2017, Report and Recommendation recommending that Defendants' motion for summary judgment based on Plaintiff's failure to exhaust his available grievance remedies be denied.  The Report and Recommendation was duly served on the parties on January 20, 2017.  No objections have been filed pursuant to 28 U.S.C. § 636(b).  Therefore the Court will adopt the Report and Recommendation.

**THEREFORE, IT IS HEREBY ORDERED** that the January 20, 2017, Report and Recommendation (ECF No. 49) is approved and adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment Based on Plaintiff's Failure to Exhaust Administrative Remedies (ECF No. 30) is **DENIED**.

Dated:  February 17, 2017

                                              /s/ Gordon J. Quist
                                              GORDON J. QUIST
                                          UNITED STATES DISTRICT JUDGE