UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TONY DOIRELLE LEWIS,

    Plaintiff,

v.

UNKNOWN AXLEY, et al.,

    Defendants.
                             /

Case No. 2:15-CV-202

HON. GORDON J. QUIST

# ORDER ADOPTING
# REPORT AND RECOMMENDATION

On January 25, 2018, Magistrate Judge Greeley issued a Report and Recommendation (R & R) recommending that the Court deny Defendants' motion for summary judgment. The R & R was duly served on the parties on January 25, 2018. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore the Court will adopt the R & R.

Therefore,

**IT IS HEREBY ORDERED** that the January 25, 2018, Report and Recommendation (ECF No. 67) is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 60) is **DENIED**.

Dated: March 2, 2018

                                                              /s/ Gordon J. Quist
                                                             GORDON J. QUIST
                                                 UNITED STATES DISTRICT JUDGE