UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

Tony Doirelle Lewis #659963

        Plaintiff,        Case No. 2:15-cv-00202

v.        HON. GORDON J. QUIST

Unknown Axley, et al

        Defendants.
_____/

## ORDER

    Counsel for Defendant filed a motion to adjourn the August 23, 2018 bench trial (ECF #76).

    For reasons stated in the motion and brief, defendant's motion is GRANTED.

    Trial in this matter will be rescheduled to September 18, 2018 at 9:30 a.m. before Hon. Gordon J. Quist, 499 Federal Building, 110 Michigan, NW, Grand Rapids, Michigan.

    The final pretrial and settlement conference currently scheduled for July 18, 2018 before the undersigned in Grand Rapids, is adjourned. The final pretrial and settlement conference in this case will be held **September 4, 2018 at 10:00 a.m.** before the undersigned. This conference will be done by telephone. Plaintiff is to provide a phone number to counsel for defendants where he can be reached on this date. Counsel for defendants shall initiate the call with plaintiff and call the court at 906-226-3854.

    All other deadlines from the March 14, 2018 Order (ECF #69), will remain in effect.

    IT IS ORDERED

Dated: July 9, 2018        /s/ Timothy P. Greeley
        TIMOTHY P. GREELEY
        U.S. MAGISTRATE JUDGE